UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CUMMINS, | No. 2: 14-cv-2860 KJN P |
| Plaintiff, | |
| v. | ORDER |
| REDDING POLICE DEPARTMENT, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding without counsel, has requested that this action be dismissed. (ECF No. 6.) Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated: January 27, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Cum2860.dis

1